No. 10–1012. DUCASSE v. MAINE. Sup. Jud. Ct. Me. Certiorari denied.

No. 10–1019. ABBYY PRODUCTION, LLC v. NUANCE COMMUNICATIONS, INC. C. A. Fed. Cir. Certiorari denied.

No. 10–6865. AGUILAR v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 10–8337. WILLIAMS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–617. ROBERTS v. KAUFFMAN RACING EQUIPMENT, L. L. C. Sup. Ct. Ohio. Motion of Center for Democracy & Technology for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 10–925. GRAND TRUNK WESTERN RAILROAD, INC. v. SHEPARD. Ct. App. Ohio, Cuyahoga County. Motion of Association of American Railroads for leave to file a brief as *amicus curiae* granted. Certiorari denied.

JUNE 29, 2011

No. 10–1310. NOREX PETROLEUM LTD. v. ACCESS INDUSTRIES, INC., ET AL. C. A. 2d Cir. Certiorari dismissed under this Court's Rule 46.1.

No. 10–11153 (10A1253). BIBLE v. ARIZONA. Sup. Ct. Ariz. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

JULY 19, 2011

No. 11–5311 (11A72). WEST v. ARIZONA. Super. Ct. Ariz., County of Pima. Application for stay of execution of sentence of